NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

ATTORNEY(S) FOR: Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

PETRA MORA, individually and as successor-in-interest to Ivan Mora,

Plaintiff(s),

v.

CITY OF INGLEWOOD and DOES 1–10,

Defendant(s)

CASE NUMBER:

2:24-cv-2970

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO:  THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Plaintiff
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| PETRA MORA | Plaintiff |
| CITY OF INGLEWOOD | Defendant |

April 12, 2024
Date

/s/ Dale K. Galipo
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff