1  **LAW OFFICES OF DALE K. GALIPO**
   Dale K. Galipo, Esq. (Bar No. 144074)
2  dalekgalipo@yahoo.com
   21800 Burbank Boulevard, Suite 310
3  Woodland Hills, California 91367
   Tel:   (818) 347-3333
4  Fax:   (818) 347-4118

5  *Attorneys for Plaintiffs*

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11 PETRA MORA, individually and as          Case No.   **2:24-cv-2970**
   successor-in-interest to Ivan Mora,
12
                                             **DECLARATION OF PETRA MORA**
13              Plaintiff,                   **AS SUCCESSOR IN INTEREST TO**
                                             **IVAN SOLIS MORA (C.C.P. §**
14       v.                                  **377.32)**

15 CITY OF INGLEWOOD and DOES 1–10,         **[Cal. Code Civ. Proc. §377]**

16              Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

-1-
DECLARATION OF PETRA MORA AS SUCCESSOR IN INTEREST TO IVAN SOLIS MORA (C.C.P. § 377.32)

## C.C.P. § 377.32 DECLARATION OF PETRA MORA SUCCESSOR IN INTEREST TO IVAN SOLIS MORA

I, Petra Mora, do hereby declare as follows:

1. My name is Petra Mora, I am a competent adult over the age of eighteen.

2. I am personally familiar with the facts contained herein, and would competently testify thereto if called upon to do so.

3. The name of the decedent in this action is Ivan Solis Mora ("Decedent").

4. I am the natural mother of the Decedent.

5. Decedent died on September 21, 2023 in the city of Inglewood, California.

6. No proceeding is currently pending in California for administration of Decedent's estate.

7. I am Decedent's successor in interest as defined in Section 377.11 of the California Code of Civil Procedure and successor to Decedent's interest in this action or proceeding as the natural mother of the Decedent.

8. No other persons have a superior right to commence this action or proceeding or to be substituted for Decedent in this pending action or proceeding, with the exception of plaintiff Francisco Solis Decedent's biological father, who has also executed a declaration as Decedent's successor-in-interest.

9. A copy of the death certificate of Decedent is attached hereto as "Exhibit A."

/ / /

/ / /

/ / /

1  I, Petra Mora, declare under penalty of perjury under the laws of the
2  State of California that the foregoing is true and correct.
3
4  Executed on  11/22/2023  in  Inglewood , California.
5
6
7  Petra Mora