# Exhibit A

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF LOS ANGELES
## DEPARTMENT OF PUBLIC HEALTH

**STATE FILE NUMBER:** 3052023215171
**LOCAL REGISTRATION NUMBER:** 3202319047938

### CERTIFICATE OF DEATH
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11 (REV 3/06)

**DECEDENT'S PERSONAL DATA**

- 1. NAME OF DECEDENT – FIRST (Given): IVAN
- 2. MIDDLE: -
- 3. LAST (Family): SOLIS MORA
- AKA, ALSO KNOWN AS: -
- 4. DATE OF BIRTH: 07/26/1989
- 5. AGE Yrs: 34
- 6. SEX: M
- 9. BIRTH STATE/FOREIGN COUNTRY: CA
- 10. SOCIAL SECURITY NUMBER: [redacted]
- 11. EVER IN U.S. ARMED FORCES?: NO (X)
- 12. MARITAL STATUS: NEVER MARRIED
- 7. DATE OF DEATH: 09/21/2023
- 8. HOUR (24 hours): 1337
- 13. EDUCATION – Highest Level/Degree: HS GRADUATE
- 14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH?: YES (X) MEXICAN AMERICAN
- 16. DECEDENT'S RACE: MEXICAN AMERICAN
- 17. USUAL OCCUPATION: CAR WASH
- 18. KIND OF BUSINESS OR INDUSTRY: CAR WASH COMPANY
- 19. YEARS IN OCCUPATION: 2

**USUAL RESIDENCE**

- 20. DECEDENT'S RESIDENCE: 10024 1/2 S GREVILLEA AVE
- 21. CITY: INGLEWOOD
- 22. COUNTY/PROVINCE: LOS ANGELES
- 23. ZIP CODE: 90304
- 24. YEARS IN COUNTY: 34
- 25. STATE/FOREIGN COUNTRY: CA

**INFORMANT**

- 26. INFORMANT'S NAME, RELATIONSHIP: PETRA MORA, MOTHER
- 27. INFORMANT'S MAILING ADDRESS: 10024 1/2 S GREVILLEA AVE, INGLEWOOD, CA 90304

**SPOUSE/SRDP AND PARENT INFORMATION**

- 28. NAME OF SURVIVING SPOUSE/SRDP – FIRST: -
- 29. MIDDLE: -
- 30. LAST (BIRTH NAME): -
- 31. NAME OF FATHER/PARENT – FIRST: FRANCISCO
- 32. MIDDLE: -
- 33. LAST: SOLIS
- 34. BIRTH STATE: JAL, MX
- 35. NAME OF MOTHER/PARENT – FIRST: PETRA
- 36. MIDDLE: -
- 37. LAST (BIRTH NAME): MORA
- 38. BIRTH STATE: JAL, MX

**FUNERAL DIRECTOR / LOCAL REGISTRAR**

- 39. DISPOSITION DATE: 10/04/2023
- 40. PLACE OF FINAL DISPOSITION: INGLEWOOD PARK CEMETERY, 720 E FLORENCE AVE, INGLEWOOD, CA 90302
- 41. TYPE OF DISPOSITION(S): BURIAL
- 42. SIGNATURE OF EMBALMER: RICHARD H LOPEZ
- 43. LICENSE NUMBER: EMB8734
- 44. NAME OF FUNERAL ESTABLISHMENT: CONTINENTAL FUNERAL HOME
- 45. LICENSE NUMBER: FD2022
- 46. SIGNATURE OF LOCAL REGISTRAR: MUNTU DAVIS MD
- 47. DATE: 10/03/2023

**PLACE OF DEATH**

- 101. PLACE OF DEATH: DRIVEWAY
- 103. IF OTHER THAN HOSPITAL, SPECIFY ONE: (X) Decedent's Home
- 104. COUNTY: LOS ANGELES
- 105. FACILITY ADDRESS OR LOCATION WHERE FOUND: 10024 S GREVILLEA AVE
- 106. CITY: INGLEWOOD

**CAUSE OF DEATH**

- 107. CAUSE OF DEATH:
  - IMMEDIATE CAUSE (A): GUNSHOT WOUNDS
- Time interval Onset and Death: RAPID
- 108. DEATH REPORTED TO CORONER?: YES (X)
- Coroner Number: 2023-12789
- 109. BIOPSY PERFORMED?: NO (X)
- 110. AUTOPSY PERFORMED?: YES (X)
- 111. USED IN DETERMINING CAUSE?: YES (X)
- 112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH: NONE
- 113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112?: NO
- 113A. DECEDENT PREGNANT IN LAST YEAR?: NO (X)

**PHYSICIAN'S CERTIFICATION**

- 114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED.

**CORONER'S USE ONLY**

- 119. I CERTIFY THAT IN MY OPINION DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED.
- MANNER OF DEATH: Homicide (X)
- 120. INJURED AT WORK?: NO (X)
- 121. INJURY DATE: 09/21/2023
- 122. HOUR: UNK
- 123. PLACE OF INJURY: OTHER: DRIVEWAY
- 124. DESCRIBE HOW INJURY OCCURRED: SHOT BY OTHER(S)
- 125. LOCATION OF INJURY: 10024 S GREVILLEA AVE, INGLEWOOD, CA 90304
- 126. SIGNATURE OF CORONER / DEPUTY CORONER: REGINA AUGUSTINE
- 127. DATE: 10/03/2023
- 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER: REGINA AUGUSTINE, DEP CORONER

**STATE REGISTRAR**

CERTIFIED COPY OF VITAL RECORD
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

This is a true certified copy of the record filed in the County of Los Angeles Department of Public Health if it bears the Registrar's signature in purple ink.

*004050708*

Health Officer and Registrar

**DATE ISSUED:** OCT 20 2023

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE