**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETRA MORA, individually and as successor-in-interest to Ivan Mora,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF INGLEWOOD and DOES 1–10,<br><br>Defendants. | Case No.: 2:24-cv-02970-SB-JPR<br>*Assigned to: Hon. Stanley Blumenfeld, Jr.*<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

**TO THIS HONORABLE COURT:**

In accordance with Rule 4(l)(1) of the Federal Rules of Civil Procedure, and Central District Local Rule 5-3.1, Plaintiffs hereby submit their proof of service of the Complaint, Summons, and other documents on Defendant City of Inglewood (attached hereto as Exhibit "A").

DATED: April 25, 2024

                              LAW OFFICES OF DALE K. GALIPO

                By: */s / Dale K. Galipo*
                         Dale K. Galipo Attorney for Plaintiffs

# Exhibit A

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> Dale K. Galipo (SBN 144074) <br> Law Offices of Dale K. Galipo <br> 21800 Burbank Boulevard, Suite 310   Woodland Hills, CA 91367 <br> TELEPHONE NO.: (818) 347-3333 | FAX NO.  | E-MAIL ADDRESS dalekgalipo@yahoo.com <br> ATTORNEY FOR *(Name)*: Plaintiff | FOR COURT USE ONLY |
|---|---|

**UNITED STATES DISTRICT COURT**
STREET ADDRESS: 350 West 1st Street,
CITY AND ZIP CODE: Los Angeles, California 90012
BRANCH NAME: FOR THE CENTRAL DISTRICT OF CALIFORNIA

PLAINTIFF/PETITIONER: PETRA MORA, individually and as successor-in-interest to Ivan Mora
DEFENDANT/RESPONDENT: CITY OF INGLEWOOD and DOES 1-10

CASE NUMBER: 2:24-cv-2970-SB (JPRx)

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: 2309545M

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents)*: **SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; STANDING ORDER FOR CIVIL CASES ASSIGNED TO JUDGE STANLEY BLUMENFELD, JR.; NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

3. a. Party served *(specify name of party as shown on documents served)*:
   **CITY OF INGLEWOOD and DOES 1-10**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **Angela Allen, Deputy City Clerk - authorized person to accept service of process**

4. Address where the party was served: **1 West Manchester Boulevard
   Inglewood, CA 90301**

5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **4/17/2024**   (2) at *(time)*: **12:31 PM**
   b. ☐ **by substituted service.** On *(date)*:   at *(time)*:   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on
         *(date)*:   from *(city)*:   **or** ☐ a declaration of mailing is attached.
      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/2309545

Plaintiff: **PETRA MORA, individually and as successor-in-interest to Ivan Mora**

Defendant: **CITY OF INGLEWOOD and DOES 1-10**

CASE NUMBER: **2:24-cv-2970-SB (JPRx)**

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

  (1) on *(date):*     (2) from *(city):*

  (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

  (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☑ On behalf of *(specify):* **CITY OF INGLEWOOD and DOES 1-10**
     under the following Code of Civil Procedure section:

     ☐ 416.10 (corporation)          ☐ 415.95 (business organization, form unknown)
     ☐ 416.20 (defunct corporation)  ☐ 416.60 (minor)
     ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
     ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
     ☐ 416.50 (public entity)        ☐ 415.46 (occupant)
                                     ☑ other: **FRCP 4(i)(2)**

7. **Person who served papers**
  a. Name: **Araceli Gonzalez Perez - Ace Attorney Service, Inc.**
  b. Address: **800 S. Figueroa Street, Suite 900  Los Angeles, CA 90017**
  c. Telephone number: **(213) 623-3979**
  d. **The fee** for service was: **$ 145.61**
  e. I am:
     (1) ☐ not a registered California process server.
     (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
     (3) ☑ registered California process server:
        (i) ☐ owner   ☑ employee   ☐ independent contractor.
        (ii) Registration No.: **2023058923**
        (iii) County: **LOS ANGELES**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **4/19/2024**

**Araceli Gonzalez Perez**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)     ▶ *(Signature - Per CC §1633.7)*