**OLIVAREZ MADRUGA LAW ORGANIZATION, LLP**
Thomas M. Madruga – SBN 160421
tmadruga@omlolaw.com
Daniel Lee – SBN 236811
dlee@omlolaw.com
500 South Grand Avenue – 12th Floor
Los Angeles, CA 90071
Tel: (213) 744-0099
Fax: (213) 744-009

Attorneys for Defendant,
CITY OF INGLEWOOD

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETRA MORA, individually and as successor-in-interest to Ivan Mora,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF INGLEWOOD; and DOES 1-10,<br><br>　　　　　Defendants. | Case No.: 2:24-cv-02970-SB-JPR<br>Hon. Stanley Blumenfeld, Jr.<br><br>**DEFENDANTS' ANSWER TO COMPLAINT**<br><br>**JURY TRIAL DEMANDED**<br><br>Complaint Filed: April 12, 2024 |

Defendant CITY OF INGLEWOOD ("Defendant"), in answer to the Complaint ("Complaint") of PETRA MORA, individually and as successor in interest to Ivan Mora (deceased), (collectively "Plaintiffs"), hereby admit, deny and allege as follows:

## INTRODUCTION

1. In response to Paragraph 1 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations therein, and on that basis deny the allegations contained therein.

## PARTIES

2. In response to Paragraph 2 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations therein, and on that basis deny each and every allegation in this Paragraph.

3. In response to Paragraph 3 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations therein, and on that basis deny each and every allegation in this Paragraph.

4. In response to Paragraph 4 of the Complaint, Defendant admits that it is a municipal corporation in the state of California. As to the remaining allegations in this paragraph, Defendant responds that the statements contained therein contain purported recitals and statements of law that do not require an admission or denial from this Defendant.

5. In response to Paragraph 5 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations therein, and on that basis deny each and every allegation in this Paragraph.

6. In response to Paragraph 6 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations therein, and on that basis deny each and every allegation in this Paragraph.

## JURISDICTION AND VENUE

7. In response to Paragraph 7 of the Complaint, Defendant admits that the causes of action alleged against Defendant arise under federal law and that the instant

court has jurisdiction over the instant action.

8. In response to Paragraph 8 of the Complaint, Defendant admits venue is proper in this Court.

FACTS COMMON TO ALL CLAIMS FOR RELIEF

9. In response to Paragraph 9 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations therein, and on that basis deny the allegations contained therein.

10. In response to Paragraph 10 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations therein, and on that basis deny the allegations contained therein.

11. In response to Paragraph 11 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations therein, and on that basis deny the allegations contained therein.

12. In response to Paragraph 12 of the Complaint, Defendant denies and disputes Plaintiff's characterization of the incident.

13. In response to Paragraph 13 of the Complaint, Defendant denies and disputes Plaintiff's characterization of the incident.

14. In response to Paragraph 14 of the Complaint, Defendant denies and disputes Plaintiff's characterization of the incident.

15. In response to Paragraph 15 of the Complaint, Defendant denies and disputes Plaintiff's characterization of the incident.

16. In response to Paragraph 16 of the Complaint, Defendant denies and disputes Plaintiff's characterization of the incident.

17. In response to Paragraph 17 of the Complaint, Defendant denies and disputes Plaintiff's characterization of the incident.

18. In response to Paragraph 18 of the Complaint, Defendant denies and disputes Plaintiff's characterization of the incident.

## FIRST CLAIM FOR RELIEF

### Fourth Amendment – Excessive Force (42 U.S.C. §1983)

19. In response to Paragraph 19 of the Complaint, Defendant hereby realleges its answers in Paragraphs 1-18 above, and incorporates the same as if fully set forth herein.

20. In response to Paragraph 20 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations therein, and on that basis deny the allegations contained therein.

21. In response to Paragraph 21 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations therein, and on that basis deny the allegations contained therein.

22. In response to Paragraph 22 of the Complaint, Defendant admits the allegations contained therein.

23. In response to Paragraph 23 of the Complaint, Defendant denies and disputes Plaintiffs' characterization of the incident.

24. In response to Paragraph 24 of the Complaint, Defendant denies and disputes Plaintiffs' characterization of the incident.

25. In response to Paragraph 25 of the Complaint, Defendant denies the allegations contained therein.

26. In response to Paragraph 26 of the Complaint, Defendant denies the allegations contained therein.

27. In response to Paragraph 27 of the Complaint, Defendant denies the allegations contained therein.

28. In response to Paragraph 28 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations therein, and on that basis deny the allegations contained therein.

## SECOND CLAIM FOR RELIEF

### Fourteenth Amendment – Denial of Familial Relationship (42 U.S.C. §1983)

29. In response to Paragraph 29 of the Complaint, Defendant hereby realleges its answers in Paragraphs 1-28 above, and incorporate the same as if fully set forth herein.

30. In response to Paragraph 30 of the Complaint, Defendant denies and disputes Plaintiffs' characterization of the incident.

31. In response to Paragraph 31 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations therein, and on that basis deny the allegations contained therein.

32. In response to Paragraph 32 of the Complaint Defendant denies and disputes Plaintiffs' characterization of the incident.

33. In response to Paragraph 33 of the Complaint, Defendant denies and disputes Plaintiffs' characterization of the incident.

34. In response to Paragraph 34 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations therein, and on that basis deny the allegations contained.

35. In response to Paragraph 35 of the Complaint, Defendant denies the allegations contained therein.

## THIRD CLAIM FOR RELIEF

**Municipal Liability – Unconstitutional Custom, Practice, or Policy (42 U.S.C. §1983)**

36. In response to Paragraph 36 of the Complaint, Defendant hereby realleges its answers in Paragraphs 1-35 above, and incorporate the same as if fully set forth herein.

37. In response to Paragraph 37 of the Complaint, Defendant responds that the statements contained therein contain purported recitals and statements of law that do not require an admission or denial from this Defendant.

38. In response to Paragraph 38 of the Complaint, Defendant denies the allegations contained therein.

39. In response to Paragraph 39 of the Complaint, Defendant denies the allegations contained therein.

40. In response to Paragraph 40 of the Complaint, Defendant denies the allegations contained therein.

41. In response to Paragraph 41 of the Complaint, Defendant denies the allegations contained therein.

42. In response to Paragraph 42 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations therein, and on that basis deny each and every allegation in this Paragraph.

43. In response to Paragraph 43 of the Complaint, Defendant denies the allegations contained therein.

44. In response to Paragraph 44 of the Complaint, Defendant denies the allegations contained therein.

45. In response to Paragraph 45 of the Complaint, Defendant denies the allegations contained therein.

46. In response to Paragraph 46 of the Complaint, Defendant denies the allegations contained therein.

47. In response to Paragraph 47 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations therein, and on that basis deny the allegations contained therein.

## FOURTH CLAIM FOR RELIEF

### Municipal Liability for Failure to Train (42 U.S.C. §1983)

48. In response to Paragraph 48 of the Complaint, Defendant hereby realleges its answers in Paragraphs 1-47 above, and incorporate the same as if fully set forth herein.

49. In response to Paragraph 49 of the Complaint, Defendant responds that the statements contained therein contain purported recitals and statements of law that do not require an admission or denial from this Defendant.

50. In response to Paragraph 50 of the Complaint, Defendant denies the allegations contained therein.

51. In response to Paragraph 51 of the Complaint, Defendant denies the allegations contained therein.

52. In response to Paragraph 52 of the Complaint, Defendant denies the allegations contained therein.

53. In response to Paragraph 53 of the Complaint, Defendant denies the allegations contained therein.

54. In response to Paragraph 54 of the Complaint, Defendant denies the allegations contained therein.

55. In response to Paragraph 55 of the Complaint, Defendant denies the allegations contained therein.

56. In response to Paragraph 56 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations therein, and on that basis deny each and every allegation in this Paragraph.

57. In response to Paragraph 57 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations therein, and on that basis deny each and every allegation in this Paragraph.

FIFTH CLAIM FOR RELIEF

Municipal Liability – Ratification (42 U.S.C. §1983)

58. In response to Paragraph 58 of the Complaint, Defendant hereby realleges its answers in Paragraphs 1-57 above, and incorporate the same as if fully set forth herein.

59. In response to Paragraph 59 of the Complaint, Defendant responds that the statements contained therein contain purported recitals and statements of law that do not require an admission or denial from this Defendant.

60. In response to Paragraph 60 of the Complaint, Defendant denies the allegations contained therein.

61. In response to Paragraph 61 of the Complaint, Defendant responds that the statements contained therein contain purported recitals and statements of law that do not require an admission or denial from this Defendant.

62. In response to Paragraph 62 of the Complaint, Defendant denies the allegations contained therein.

63. In response to Paragraph 63 of the Complaint, Defendant denies the allegations contained therein.

64. In response to Paragraph 64 of the Complaint, Defendant denies the allegations contained therein.

65. In response to Paragraph 65 of the Complaint, Defendant denies the allegations contained therein.

66. In response to Paragraph 66 of the Complaint, Defendant denies the allegations contained therein.

67. In response to Paragraph 67 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations therein, and on that basis deny each and every allegation in this Paragraph.

68. In response to Paragraph 68 of the Complaint, Defendant denies the allegations contained therein.

69. In response to Paragraph 69 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations therein, and on that basis deny each and every allegation in this Paragraph.

## SIXTH CLAIM FOR RELIEF

### Americans with Disability Act (42 U.S.C. § 12132)

70. In response to Paragraph 70 of the Complaint, Defendant hereby realleges its answers in Paragraphs 1-69 above, and incorporate the same as if fully set forth herein.

71. In response to Paragraph 71 of the Complaint, Defendant responds that the statements contained therein contain purported recitals and statements of law that do not

require an admission or denial from this Defendant.

72. In response to Paragraph 72 of the Complaint, Defendant responds that the statements contained therein contain purported recitals and statements of law that do not require an admission or denial from this Defendant.

73. In response to Paragraph 73 of the Complaint, Defendant responds that the statements contained therein contain purported recitals and statements of law that do not require an admission or denial from this Defendant.

74. In response to Paragraph 74 of the Complaint, Defendant responds that the statements contained therein contain purported recitals and statements of law that do not require an admission or denial from this Defendant.

75. In response to Paragraph 75 of the Complaint, Defendant responds that the statements contained therein contain purported recitals and statements of law that do not require an admission or denial from this Defendant.

76. In response to Paragraph 76 of the Complaint, Defendant denies the allegations contained therein.

77. In response to Paragraph 77 of the Complaint, Defendant denies the allegations contained therein.

78. In response to Paragraph 78 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations therein, and on that basis deny each and every allegation in this Paragraph.

## SEVENTH CLAIM FOR RELIEF

### Battery (Cal. Govt. Code § 820 and California Common Law)

79. In response to Paragraph 79 of the Complaint, Defendant hereby realleges its answers in Paragraphs 1-78 above, and incorporate the same as if fully set forth herein.

80. In response to Paragraph 80 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations therein, and on that basis deny each and every allegation in this Paragraph.

81. In response to Paragraph 81 of the Complaint, Defendant denies and

1  disputes Plaintiff's characterization of the incident.

2      82.    In response to Paragraph 82 of the Complaint, Defendant denies and
3  disputes Plaintiff's characterization of the incident.

4      83.    In response to Paragraph 83 of the Complaint, Defendant denies the
5  allegations contained therein.

6      84.    In response to Paragraph 84 of the Complaint, Defendant is without
7  sufficient knowledge or information to form a belief as to the truth of the allegations
8  therein, and on that basis deny each and every allegation in this Paragraph.

9  **EIGHTH CLAIM FOR RELIEF**

10  **Negligence (Cal. Govt. Code § 820 and California Common Law)**

11      85.    In response to Paragraph 85 of the Complaint, Defendant hereby realleges
12  its answers in Paragraphs 1-84 above, and incorporate the same as if fully set forth
13  herein.

14      86.    In response to Paragraph 86 of the Complaint, Defendant responds that the
15  statements contained therein contain purported recitals and statements of law that do not
16  require an admission or denial from this Defendant.

17      87.    In response to Paragraph 87 of the Complaint, Defendant responds that the
18  statements contained therein contain purported recitals and statements of law that do not
19  require an admission or denial from this Defendant t.

20      88.    In response to Paragraph 88 the Complaint, Defendant denies the
21  allegations contained therein.

22      89.    In response to Paragraph 89 of the Complaint, Defendant denies the
23  allegations contained therein.

24      90.    In response to Paragraph 90 of the Complaint, Defendant denies the
25  allegations contained therein.

26      91.    In response to Paragraph 91 of the Complaint, Defendant denies the
27  allegations contained therein.

28      92.    In response to Paragraph 92 of the Complaint, Defendant denies the

allegations contained therein.

93. In response to Paragraph 93 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations therein, and on that basis deny each and every allegation in this Paragraph.

## NINTH CLAIM FOR RELIEF

## Violation of Cal. Civil Code § 52.1

94. In response to Paragraph 94 of the Complaint, Defendant hereby realleges its answers in Paragraphs 1-93 above, and incorporate the same as if fully set forth herein.

95. In response to Paragraph 95 of the Complaint, Defendant responds that the statements contained therein contain purported recitals and statements of law that do not require an admission or denial from this Defendant.

96. In response to Paragraph 96 of the Complaint, Defendant responds that the statements contained therein contain purported recitals and statements of law that do not require an admission or denial from this Defendant.

97. In response to Paragraph 97 of the Complaint, Defendant denies the allegations contained therein.

98. In response to Paragraph 98 of the Complaint, Defendant denies and disputes Plaintiff's characterization of the incident.

99. In response to Paragraph 99 of the Complaint, Defendant denies the allegations contained therein.

100. In response to Paragraph 100 of the Complaint, Defendant denies the allegations contained therein.

101. In response to Paragraph 101 of the Complaint, denies the allegations contained therein.

101. In response to Paragraph 100 of the Complaint, Defendant denies the allegations contained therein.

102. In response to Paragraph 102 of the Complaint, Defendant denies the allegations contained therein.

103. In response to Paragraph 103 of the Complaint, Defendant denies the allegations contained therein.

104. In response to Paragraph 104 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations therein, and on that basis deny each and every allegation in this Paragraph.

## PRAYER FOR RELIEF

105. In response to Paragraph 1 of the Prayer, Defendant denies that Plaintiff is entitled to any of the relief requested.

106. In response to Paragraph 2 of the Prayer, Defendant denies that Plaintiff is entitled to any of the relief requested.

107. In response to Paragraph 3 of the Prayer, Defendant denies that Plaintiff is entitled to any of the relief requested.

108. In response to Paragraph 4 of the Prayer, Defendant denies that Plaintiff is entitled to any of the relief requested.

109. In response to Paragraph 5 of the Prayer, Defendant denies that Plaintiff is entitled to any of the relief requested.

110. In response to Paragraph 6 of the Prayer, Defendant denies that Plaintiff is entitled to any of the relief requested.

111. In response to Paragraph 7 of the Prayer, Defendant denies that Plaintiff is entitled to any of the relief requested.

## AFFIRMATIVE DEFENSES

As separate affirmative defenses, Defendant alleges as follows:

## FIRST AFFIRMATIVE DEFENSE

(Failure to State a Claim)

As a First Affirmative Defense to the Complaint and each cause of action alleged therein, it is alleged that the Complaint and said cause of action fail to state a claim

upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

(Lack of Standing)

As a Second Affirmative Defense to the Complaint and each cause of action alleged therein, it is alleged that Plaintiff's claims are barred as a matter of law because Plaintiff lacks standing to seek the relief requested.

## THIRD AFFIRMATIVE DEFENSE

(Statute of Limitations)

As a Third Affirmative Defense to the Complaint and each cause of action alleged therein, it is alleged that said Complaint is barred by the applicable statute(s) of limitations.

## FOURTH AFFIRMATIVE DEFENSE

(Exhaustion of Administrative Remedies)

As a Fourth Affirmative Defense to the Complaint and each cause of action alleged therein, it is alleged that Plaintiff is barred from asserting the claims alleged in the Complaint as Plaintiff has failed to exhaust administrative remedies.

## FIFTH AFFIRMATIVE DEFENSE

(Estoppel)

As a Fifth Affirmative Defense to the Complaint and each cause of action alleged therein, it is alleged that Plaintiff, by her acts and conduct, has waived her right to the relief sought in their Complaint, or is estopped from receiving such relief.

## SIXTH AFFIRMATIVE DEFENSE

(Equity)

As a Sixth Affirmative Defense to the Complaint and each cause of action alleged therein, it is alleged that Plaintiff is barred from recovering the relief sought because the equities do not favor Plaintiff but, rather, favor Defendant.

## SEVENTH AFFIRMATIVE DEFENSE

(Good Faith)

As a Seventh Affirmative Defense to the Complaint and each cause of action alleged therein, it is alleged that Plaintiff is barred from asserting the claims alleged in the Complaint, and from obtaining the relief sought in the Complaint, as Defendant's actions were and are privileged, immune, justifiable, based solely on good faith, and otherwise lawful.

## EIGHTH AFFIRMATIVE DEFENSE
(Statutory and Regulatory Duties)

As an Eighth Affirmative Defense to the Complaint and each cause of action alleged therein, it is alleged that at all times relevant to the Complaint, Defendant properly complied with relevant California and federal law.

## NINTH AFFIRMATIVE DEFENSE
(Unclean Hands)

As a Ninth Affirmative Defense to the Complaint and each cause of action alleged therein, it is alleged that Plaintiff is barred from any relief under his Complaint by the doctrine of unclean hands.

## TENTH AFFIRMATIVE DEFENSE
(Fundamental Alteration)

As a Tenth Affirmative Defense to the Complaint and each cause of action alleged therein, it is alleged that the Complaint and each cause of action alleged therein is barred because the relief demanded in Plaintiff's Complaint would, if granted, result in a fundamental alteration of City Defendant's services.

## ELEVENTH AFFIRMATIVE DEFENSE
(Mitigation of Damages)

As an Eleventh Affirmative Defense to the Complaint and each cause of action alleged therein, it is alleged that Plaintiff failed, subsequent to the occurrence described in the Complaint, to properly mitigate her damages, if any, and thereby is precluded from recovering those damages which could have reasonably been avoided by the exercise of due care on her part.

## TWELFTH AFFIRMATIVE DEFENSE

(Acts or Omissions of Third Parties)

As a Twelfth Affirmative Defense to the Complaint and each cause of action alleged therein, it is alleged that the Complaint and each cause of action alleged therein is barred because the incidents alleged in the Complaint were caused by the fault of other persons and entities of other parties and/or non-parties to this action, and Defendant's liability, if any, should be reduced accordingly.

## THIRTEENTH AFFIRMATIVE DEFENSE

(Prevailing Party)

As a Thirteenth Affirmative Defense to the Complaint and each cause of action alleged therein, it is alleged that Plaintiff is not a prevailing party entitled to an award of attorneys' fees under California state or federal law. *Hensley v. Eckerhart*, 461 U.S. 424 (1983); *Farrar v. Hobby*, 506 U.S. 103; *Buckhannon Board and Care Home, Inc. v. West Virginia Department of Health and Human Resources*, 532 U.S. 598 (2001).

## FOURTEENTH AFFIRMATIVE DEFENSE

(Failure to File a Claim)

As a Fourteenth Affirmative Defense to the Complaint and each cause of action alleged therein, it is alleged that the Complaint is barred by the applicable statute(s) of limitations, including but not limited to the California Tort Claims Act (Cal. Gov. Code § 815 *et seq.*). Plaintiff further has failed to comply with the claims presentation requirement of the California Tort Claims Act by failing to provide Defendant with proper notice of each claim and cause of action prior to filing this case for monetary damages against Defendant.

## FIFTEENTH AFFIRMATIVE DEFENSE

(Laches)

As a Fifteenth Affirmative Defense to the Complaint and each cause of action alleged therein, it is alleged that Plaintiff's claims are barred by the doctrine of laches.

## SIXTEENTH AFFIRMATIVE DEFENSE

(Acts Not Under Color of Law)

As a Sixteenth Affirmative Defense to the Complaint and each cause of action alleged therein, it is alleged that Defendant is not liable for violating any of Plaintiff's civil rights, as alleged in the Complaint, because each of the alleged wrongful acts described in the Complaint were not performed under color of any statute, ordinance, regulation, custom or usage of the City Defendant.

## SEVENTEENTH AFFIRMATIVE DEFENSE

(Plaintiff's Own Acts or Omissions)

As a Seventeenth Affirmative Defense to the Complaint and each cause of action alleged therein, it is alleged that Plaintiff's negligence and carelessness proximately caused the happening of the occurrences, injuries, and damages described in the Complaint.

## EIGHTEENTH AFFIRMATIVE DEFENSE

(Public Entity Immunity)

As an Eighteenth Affirmative Defense by Defendant to the Complaint and each cause of action alleged therein, it is alleged that City Defendant is immune from liability because public entities, and their employees, are not liable for injuries arising out of the acts or omissions of their employees in the absence of a statute declaring such liability under California Government Code § 815(a).

## NINETEENTH AFFIRMATIVE DEFENSE

(Governmental Immunity)

As a Nineteenth Affirmative Defense by Defendant to the Complaint and each cause of action alleged therein, it is alleged that Defendant is not liable for the actions of any of the Defendants, or any other employee, where the Defendant is immune from liability, including but not limited to absolute and qualified immunity pursuant to California Government Code § 815.2(b).

## TWENTIETH AFFIRMATIVE DEFENSE

(Qualified Immunity)

As a Twentieth Affirmative Defense by Defendant to the Complaint and each cause of action alleged therein, it is alleged that the Defendant is immune from suit under the doctrine of Qualified Immunity because the conduct of the Defendants described in the Complaint was performed in the scope of their duties and did not violate any of Plaintiffs' clearly established statutory or Constitutional rights of which a reasonable person would have known at the time of the occurrences described in the Complaint.

## TWENTY FIRST AFFIRMATIVE DEFENSE

(Absolute Immunity)

As a Twenty First Affirmative Defense by Defendant to the Complaint and each cause of action alleged therein, it is alleged that the Defendant is immune from suit under the doctrine of Absolute Immunity as the Defendant is not liable for Plaintiff's injuries, if any, arising from judicial or administrative proceedings while the Defendants were acting within the scope of their duties.

## TWENTY SECOND AFFIRMATIVE DEFENSE

(Good Faith)

As a Twenty Second Affirmative Defense by Defendant to the Complaint and each cause of action alleged therein, it is alleged that, at all relevant times related to the occurrences set forth in the Complaint, the Defendant acted in good faith and with the reasonable belief that their conduct was lawful and necessary.

## TWENTY THIRD AFFIRMATIVE DEFENSE

(Legitimate Reason, Non-Discriminatory)

As a Twenty Third Affirmative Defense by Defendant to the Complaint and each cause of action alleged therein, it is alleged the Defendant did not have an impermissible motive for engaging in any of the occurrences as described in the Complaint.  Defendant had probable cause and/or reasonable suspicion to justify all

occurrences as described in the Complaint.

## TWENTY FOURTH AFFIRMATIVE DEFENSE

(Necessary Force)

As a Twenty Fourth Affirmative Defense by Defendant to the Complaint and each cause of action alleged therein, it is alleged that the Defendant is not liable for Plaintiff's injuries, if any, resulting from the use of force by Defendant because Defendant attempted to persuade Decedent to follow their lawful orders, and only used the force necessary to lawfully detain and arrest Decedent.

## TWENTY FIFTH AFFIRMATIVE DEFENSE

(Conformance with Law)

As a Twenty Fifth Affirmative Defense by Defendant to the Complaint and each cause of action alleged therein, it is alleged that in the course of detaining Decedent, Defendant was performing duties required by law in conformance with the law, and therefore, are not liable for Plaintiff's injuries, if any, in performing such actions.

## TWENTY SIXTH AFFIRMATIVE DEFENSE

(Legitimate Reasons)

As a Twenty Sixth Affirmative Defense by Defendant to the Complaint and each cause of action alleged therein, it is alleged that the Defendant was acting within the scope of their employment and had probable cause to believe the Decedent was engaging in, or had just engaged in, a prohibited activity. During the separate contacts with Decedent, the Defendant police officers were acting within the scope of their employment and had probable cause to believe that said Decedent had committed a crime and/or was a danger to themselves or others.

## TWENTY SEVENTH AFFIRMATIVE DEFENSE

(Due Care)

As a Twenty Seventh Affirmative Defense by Defendant to the Complaint and each cause of action alleged therein, it is alleged that the Defendant is not liable for Plaintiff's injuries, if any, resulting from the execution or enforcement of the California

Penal Code where due care was exercised.

## TWENTY EIGHTH AFFIRMATIVE DEFENSE

(Discretion)

As a Twenty Eighth Affirmative Defense by Defendant to the Complaint and each cause of action alleged therein, it is alleged that the Defendant is not liable for Plaintiff's injuries, if any, resulting from acts or omissions which were an exercise of discretion in the absence of a statute declaring such liability.

## TWENTY NINTH AFFIRMATIVE DEFENSE

(Reservation of Additional Defenses)

As a Twenty Ninth Affirmative Defense to the Complaint and each cause of action alleged therein, it is alleged that Defendant presently has insufficient knowledge or information on which to form a belief as to whether they may have additional, yet unstated, affirmative defenses available, and reserve the right to assert additional affirmative defenses in the event such defenses are applicable.

## PRAYER

WHEREFORE, Defendants respectfully request that the Court:

1. Enter judgment for Defendant on the Complaint;
2. Order that Plaintiff take nothing by her Complaint; and
3. Grant such other relief that the Court may deem just and proper.

Dated: May 8, 2024

**OLIVAREZ MADRUGA LAW ORGANIZATION, LLP**

By:   /s/ Daniel Lee
Daniel Lee
Attorneys for Defendant, CITY OF INGLEWOOD

# DEMAND FOR JURY TRIAL

Defendant hereby demands a trial of all claims by jury.

Dated: May 8, 2024          **OLIVAREZ MADRUGA LAW ORGANIZATION, LLP**

By:   /s/ Daniel Lee
Daniel Lee
Attorneys for Defendant, CITY OF INGELWOOD