**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETRA MORA, individually and as successor-in-interest to Ivan Mora,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF INGLEWOOD; and DOES 1-10,<br><br>Defendants. | Case No.: 2:24-cv-02970-SB-JPR<br><br>**REQUEST FOR PRIORITY AT TOMORROW'S SCHEDULING CONFERENCE, OR ALTERNATIVELY, FOR NON-LEAD TRIAL COUNSEL TO APPEAR AT THE SCHEDULING CONFERENCE**<br><br>Judge:  Hon. Stanley Blumenfeld<br>Date:  June 14, 2024<br>Time:  8:30 a.m.<br>Location:  Courtroom 6C<br>350 West First Street,<br>Los Angeles, CA 90012 |

1

JOINT REQUEST FOR PRIORITY AT THE SCHEDULING CONFERENCE, OR ALTERNATIVELY, FOR NON-LEAD TRIAL COUNSEL TO APPEAR AT THE SCHEDULING CONFERENCE

**TO THIS HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

PLEASE TAKE NOTICE THAT Plaintiff PETRA MORA, individually and as successor-in-interest to Ivan Mora, deceased hereby requests this Court to either (1) grant scheduling priority to this case for tomorrow's Scheduling Conference, allowing the parties to appear first, instead of third, as indicated on the Court's Daily Calendar, or alternatively, (2) permit non-lead trial counsel, Cooper Alison-Mayne, to appear on behalf of Plaintiff at the Scheduling Conference.

Plaintiff's lead trial counsel, Dale K. Galipo, respectfully informs the Court that he has two depositions scheduled in Woodland Hills on Friday, June 14, 2024 with the first one originally scheduled at 10:00 a.m. but moved to 10:30 a.m. , the same day as the Scheduling Conference. While Mr. Galipo is confident he can attend the 8:30 a.m. Scheduling Conference and still arrive at the deposition on time, he is concerned that appearing third on the Court's schedule may cause him to be late to the deposition, which required significant coordination among multiple parties to schedule and cannot be easily postponed. In light of these circumstances, Plaintiff's counsel respectfully requests that the Court grant priority to this case for the Scheduling Conference, allowing the Parties to appear first. If the Court anticipates that this matter will be called and concluded before 9:00 a.m., Mr. Galipo believes he will have sufficient time to appear personally for the hearing and then to travel to the deposition in Woodland Hills.

Alternatively, if the Court prefers not to give this case priority on the schedule and does not believe this matter will be concluded before 9:00 a.m., Plaintiff respectfully requests that the Court permit Associate Attorney Cooper Alison-Mayne to appear at the Scheduling Conference on behalf of Plaintiff, in place of Mr. Galipo. Mr. Alison-Mayne is familiar with the case and will be able to participate meaningfully in the Conference with authorization to address scheduling matters with the Court and opposing counsel.

        Plaintiff's counsel apologizes for any inconvenience this request may cause
and greatly appreciates the Court's thoughtful consideration of this matter.

Respectfully submitted,

Dated:  June 13, 2024            **LAW OFFICES OF DALE K. GALIPO**

                                _____/s/  Cooper Alison-Mayne_____
                                Dale K. Galipo, Esp.
                                Cooper Alison-Mayne
                                *Attorneys for Plaintiffs*

JOINT REQUEST FOR PRIORITY AT THE SCHEDULING CONFERENCE, OR ALTERNATIVELY, FOR NON-
LEAD TRIAL COUNSEL TO APPEAR AT THE SCHEDULING CONFERENCE