UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.:   2:24-cv-02970-SB-JPR | Date:   June 14, 2024 |

| | |
|---|---|
| Title:   **_Petra Mora v. City of Inglewood et al._** | |

**Present: The Honorable    STANLEY BLUMENFELD, JR., U.S. District Judge**

| | |
|---|---|
| Jennifer Graciano | CourtSmart |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Defendant(s): | Attorney(s) Present for Plaintiff(s): |
|---|---|
| Thomas M. Madruga | Dale K. Galipo |

**Proceedings:    [Minutes of] Mandatory Scheduling Conference (Held and Completed)**

Case called and appearances made.  The Court heard from the parties about the contents of their joint Rule 26(f) report.  A case management order will be issued separately.

The parties are ordered to exchange initial written disclosures, including the officer-involved shooting report, no later than June 21, 2024. The defense is ordered to disclose the name of the shooting officer by no later than close of business today.

The Court directs the parties to meet and confer with their clients and discuss whether they would consent to proceed before a magistrate judge for all purposes. The parties may choose any magistrate judge on the Voluntary Consent List found on the Central District website.  If the parties consent, they should contact the courtroom deputy of the selected magistrate judge to confirm his or her availability and, upon confirmation, promptly file a "Notice of Lodging of Consent" along with Form CV-11D (*Statement of Consent to Proceed Before a United States Magistrate Judge*) attached thereto.

                                                                                                            :06