1

**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)

2

dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)

3

cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310

4

Woodland Hills, CA 91367
Phone: (818) 347-3333

5

*Attorneys for Plaintiff*

6

7

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

8

9

PETRA MORA, individually and as
successor-in-interest to Ivan Mora,

Case No.: 2:24-cv-02970-SB-JPR

10

Plaintiff,

*Judge*: Hon. Stanley Blumenfeld
*Magistrate*: Hon. Jean P. Rosenbluth

11

12

v.

**JOINT STIPULATION TO ALLOW
PLAINTIFFS TO AMEND THEIR
COMPLAINT**

13

CITY OF INGLEWOOD,

14

CHRISTOPHER CHUNG,
DARLENE QUIRARTE,

15

JOHN AUSMUS, and
ROBERT DOWNEY,

16

17

Defendants.

18

19

20

        IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiffs and

Defendants, through their respective attorneys of record, as follows:

21

        Plaintiff filed her Complaint on April 12, 2024. (ECF No. 1.) The City of

22

Inglewood filed its answer on May 8, 2024. (ECF No. 8.)

23

        At the time of filing, Plaintiff was genuinely ignorant of the name of

24

Inglewood Police Officers Christopher Chung, Darlene Quirarte, John Ausmus,

25

and Robert Downey, who are additional named defendants in the proposed First

26

Amended Complaint. A redlined copy of Plaintiff's proposed First Amended

27

28

Complaint is attached hereto as "Exhibit A."

The parties request that the Court afford Plaintiff seven (7) days to file her First Amended Complaint after the Court grants her leave. The parties further request that Defendants' responsive pleading be due fourteen (14) days after service of the First Amended Complaint.

Based upon the foregoing, the parties apply for and stipulate to an order permitting Plaintiff to file a First Amended Complaint.

DATED:  August 12, 2024          LAW OFFICES OF DALE K. GALIPO

                                 By:      */s/Cooper Alison-Mayne*
                                          Dale K. Galipo
                                          Cooper Alison-Mayne[1]
                                          *Attorneys for Plaintiff*

DATED:  August 12, 2024          OLIVAREZ MADRUGA LAW
                                 ORGANIZATION, LLP

                                 By: */s/ Daniel Lee*
                                          Thomas M. Madruga
                                          Daniel Lee
                                          Attorneys for Defendant

---

[1] As the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.