# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETRA MORA, individually and as successor-in-interest to Ivan Mora,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF INGLEWOOD, CHRISTOPHER CHUNG, DARLENE QUIRARTE, JOHN AUSMUS, and ROBERT DOWNEY,<br><br>Defendants. | **[PROPOSED] ORDER GRANTING STIPULATION TO AMEND COMPLAINT** |

## ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the parties' August 12, 2024 Stipulation in Case No. 2:24-cv-02970-SB-JPR is

**GRANTED** and the Plaintiff is granted leave to file a First Amended Complaint within seven (7) days of this order.

Defendants' responsive pleadings shall be due fourteen (14) days from service of the First Amended Complaint.

**IT IS SO ORDERED.**

DATED: _____, 2024

_____
Hon. Stanley Blumenfeld