# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETRA MORA, individually and as successor-in-interest to Ivan Mora, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF INGLEWOOD, CHRISTOPHER CHUNG, DARLENE QUIRARTE, JOHN AUSMUS, and ROBERT DOWNEY, <br><br> Defendants. | Case No.: 2:24-cv-02970-SB-JPR <br><br> **ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT** DKT [23] |

The Court, having read and considered the parties' Joint Stipulation for Leave to File First Amended Complaint, orders as follows:

Plaintiff PETRA MORA shall file her First Amended Complaint, attached to the Joint Stipulation as Exhibit A, within one day from the date of this order. Defendants' responsive pleadings shall be due fourteen days from the service of the First Amended Complaint.

Date: August 13, 2024

_____
Stanley Blumenfeld, Jr.
United States District Judge