**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETRA MORA, individually and as successor-in-interest to Ivan Mora,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF INGLEWOOD, CHRISTOPHER CHUNG, DARLENE QUIRARTE, JOHN AUSMUS, and ROBERT DOWNEY,<br><br>Defendants. | Case No.: 2:24-cv-02970-SB-JPR<br><br>Judge: Hon. Stanley Blumenfeld<br><br>**PLAINTIFFS' NOTICE OF LODGING OF CONSENT FORM** |

TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the parties to this action have met and conferred and consent to proceed before Magistrate Judge Stephanie S. Christensen for all purposes. Magistrate Judge Christensen has agreed to accept the case. Accordingly, Plaintiffs hereby give notice of this lodging of the attached joint Statement of Consent to Proceed Before a United States Magistrate Judge.

DATED: August 15, 2024          LAW OFFICES OF DALE K. GALIPO

                                                        By:   */s/Cooper Alison-Mayne*
                                                             Dale K. Galipo
                                                             Cooper Alison-Mayne
                                                            *Attorneys for Plaintiffs*