UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:24-cv-02970-SSC              Date: August 20, 2024

Title      Petra Mora v. City of Inglewood, et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:
None Present                        None Present

**Proceedings:**   (IN CHAMBERS) **Order re: Case Management**

In view of the reassignment of this case from the prior assigned judge based on the parties' consent to proceed before the Court for all proceedings under 28 U.S.C. section 636, the parties may request a scheduling conference with the Court and/or propose in writing scheduling dates different than those set by the previously assigned judge (ECF 20).  Alternatively, the parties may stand on the dates set by the previously assigned judge, which the Court will adopt in a Scheduling Order.  The parties should notify the Court's deputy clerk in writing of their election within seven business days.

**IT IS SO ORDERED.**

:

Initials of Preparer   **ts**