UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  2:24-cv-02970-SSC              Date: August 28, 2024

Title     Petra Mora v. City of Inglewood, et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

|  Teagan Snyder  |  n/a  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) **Schedule of Pretrial and Trial Dates**

In response to the Court's August 20, 2024 order (ECF 30), the parties emailed the Courtroom Deputy Clerk with proposed dates for the management of this case.

Having reviewed the parties' submission, the Court sets the attached Schedule of Pretrial and Trial Dates. Further, the parties are ordered to comply with this Court's standing Civil Trial Order found at https://www.cacd.uscourts.gov/honorable-stephanie-s-christensen.

**IT IS SO ORDERED.**

:

Initials of Preparer    **ts**