NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Tom M. Madruga - SBN 160421
Daniel Lee - SBN 236811
OLIVAREZ MADRUGA LAW ORGANIZATION, LLP
500 South Grand Avenue, 12th Floor
Los Angeles, CA 90071
Tel: (213) 744-0099

ATTORNEY(S) FOR: Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Petra Mora, individually and as successor-in-interest to Ivan Mora

Plaintiff(s),

v.

City of Inglewood; and DOES 1-10

Defendant(s)

CASE NUMBER: 2:24-cv-02970

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Defendants City of Inglewood, Christopher Chung, Robert Downey, Darlene Quirarte, John Asmus or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Petra Mora | Plaintiff |
| City of Inglewood | Defendant |
| Christopher Chung | Defendant |
| Robert Downey | Defendant |
| Darlene Quirarte | Defendant |
| John Asmus | Defendant |

September 20, 2024                  /s/ Daniel Lee
Date                                Signature

Attorney of record for (or name of party appearing in pro per):

Defendants