**OLIVAREZ MADRUGA LAW ORGANIZATION, LLP**
Thomas M. Madruga – SBN 160421
tmadruga@omlolaw.com
Daniel Lee – SBN 236811
dlee@omlolaw.com
500 South Grand Avenue – 12th Floor
Los Angeles, CA 90071
Tel: (213) 744-0099
Fax: (213) 744-0093

Attorneys for Defendants,
CITY OF INGLEWOOD,
CHRISTOPHER CHUNG,
ROBERT DOWNEY,
DARLENE QUIRARTE,
and JOHN AUSMUS

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETRA MORA, individually and as successor-in-interest to Ivan Mora,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF INGLEWOOD; and DOES 1-10,<br><br>Defendants. | Case No.:  2:24-cv-02970-SSC<br>Hon. Stephanie S. Christensen<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Served: April 17, 2024<br>Trial Date:            September 9, 2025 |

TO THE CLERK OF THE COURT, THE COURT, ALL PARTITES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

**PLEASE TAKE NOTICE** that Defendants hereby give notice pursuant to Local Rule 16-15.7 and Local Rules 40-2 that Plaintiff and Defendants have settles this case as to all parties and all causes of action.

The parties are in the process of executing a release/settlement agreement. Once the terms of the settlement have been met including payment, the parties will file a Stipulation for Dismissal Pursuant to Fed. R. Civ. Proc. Rule 41(a)(1)(A)(ii).

Dated: January 28, 2025                **OLIVAREZ MADRUGA LAW ORGANIZATION, LLP**

By: /s/
     Daniel Lee
Attorneys for Defendant, CITY OF INGLEWOOD, CHRISTOPHER CHUNG, ROBERT DOWNEY, DARLENE QUIRARTE, and JOHN AUSMUS