1 | **LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
2 | dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
3 | cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
4 | Woodland Hills, CA 91367
Phone: (818) 347-3333
5 |
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETRA MORA, individually and as successor-in-interest to Ivan Mora,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF INGLEWOOD, CHRISTOPHER CHUNG, DARLENE QUIRARTE, JOHN AUSMUS, and ROBERT DOWNEY,<br><br>Defendants. | Case No.: 2:24-cv-02970-SB-JPR<br><br>*Judge*: Hon. Stanley Blumenfeld<br>*Magistrate*: Hon. Jean P. Rosenbluth<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff, individually and as successor in interest to Ivan Mora, by and through her counsel of record, and Defendants City of Inglewood, Christopher Chung, Darlene Quirarte, John Ausmus, and Robert Downey, by and through their counsel of record, hereby stipulate that the above-entitled action and all claims and parties therein, against all Defendants be dismissed, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii). Each party shall bear their own costs and fees.

Respectfully submitted,

DATED: March 13, 2025            LAW OFFICES OF DALE K. GALIPO

                                           By:  */s/Cooper Alison-Mayne*
                                               Dale K. Galipo
                                               Cooper Alison-Mayne[1]
                                               *Attorneys for Plaintiff*

DATED: March 13, 2025            OLIVAREZ MADRUGA LAW ORGANIZATION, LLP

                                           By:  */s/ Daniel Lee*
                                               Thomas M. Madruga
                                               Daniel Lee
                                               Attorneys for Defendant

---

[1] As the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.