1
2
3
4
5
6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETRA MORA, individually and as successor-in-interest to Ivan Mora,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF INGLEWOOD, CHRISTOPHER CHUNG, DARLENE QUIRARTE, JOHN AUSMUS, and ROBERT DOWNEY,<br><br>Defendants. | Case No.: 2:24-cv-02970-SB-JPR<br><br>*Judge*: Hon. Stanley Blumenfeld<br>*Magistrate*: Hon. Jean P. Rosenbluth<br><br>**[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the stipulation by and between the parties, through their respective attorneys of record, IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii). All remaining dates and deadlines in the above-captioned action are hereby VACATED.

IT IS SO ORDERED.

DATED: _____       _____

                                HON. STANLEY BLUMENFELD
                                UNITED STATES DISTRICT JUDGE